IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cooper, Christine

Printed: 11/11/08

Case Number: 08 B 09445
Judge: Hollis, Pamela S
Filed: 4/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Illinois Title Loans | Secured | 1,500.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,840.00 | 0.00 |
| 4. | City Of Chicago | Secured | 950.00 | 0.00 |
| 5. | Home Loan Services | Secured | 29,793.97 | 0.00 |
| 6. | Park National Bank | Secured | 4,000.00 | 0.00 |
| 7. | Illinois Title Loans | Unsecured | 23.15 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 54.04 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 82.78 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 875.26 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 45.59 | 0.00 |
| 12. | Payday Loan | Unsecured |  | No Claim Filed |
| | | | $ 39,164.79 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cooper, Christine | Case Number:  08 B 09445 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  4/17/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

